*People ex rel. Egan* v. *Waldo*, 155 App. Div. 933, affirmed.
(Submitted September 29, 1915; decided October 19, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
March 20, 1913, which dismissed a writ of certiorari and
confirmed the proceedings of the defendant in dismissing
the relator from the police department of the city of New
York.

*Charles J. Lane* for appellant.

*Louis H. Hahlo, Corporation Counsel* (*Terence Far-
ley* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN,
CUDDEBACK, HOGAN, SEABURY and POUND, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT
CLADEL, Respondent, *v.* ALFRED P. W. SEAMAN et al.,
Composing the Board of Assessors of the City of New
York, Appellants.

*People ex rel. Cladel* v. *Seaman*, 168 App. Div. 67, affirmed.
(Argued September 30, 1915; decided October 19, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
June 4, 1915, which affirmed an order of Special Term
granting a motion for a peremptory writ of mandamus
to compel the board of assessors of the city of New York
to "estimate the damage done to the property of relator
and those similarly situated, by reason of the change of
grade of Polk avenue (sometimes known as Shell road),

from Broadway to Jackson avenue in the borough of Queens, in the city of New York."

*Charles J. Nehrbas* and *Terence Farley* for appellants.

*John R. McMullen* for respondent.

Order affrmed, with costs, on opinion of SCOTT, J., below.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.